Robert J. Malcomson, Plaintiff-Appellant, v. Rex Bennett, Defendant-Appellee.

Gen. No. 65–59. 

Second District.

April 29, 1966.

Peregrine, Stime & Henninger, of Wheaton, for appellant; Popejoy, Bowman, Unverzagt, Nelson & Becker, all of Wheaton, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.